FILED

12/22/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0123

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0123

_____

BRETT CAMEN,

      Plaintiff and Appellant,

  v.

                                    O R D E R

GLACIER EYE CLINIC, P.C., and KALISPELL
REGIONAL MEDICAL CENTER, INC.,

      Defendants and Appellees.

_____

Pursuant to Appellant Brett Camen's motion for extension to of time to file his opening brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant has until January 25, 2023, to file the reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 22 2022